IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FILED
SEP - 9 2019
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 3:19-cr-124 |
| ) | |
| MELISSA MORRIS, ) | False Statement to Obtain |
| ) | Federal Employees' Compensation |
| ) | (18 U.S.C. §1920) |
| Defendant. ) | |

## CRIMINAL INFORMATION

### Count One

THE UNITED STATES ATTORNEY CHARGES THAT:

Beginning in or about July 2010 through on or about December 2017, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, MELISSA MORRIS, did knowingly and willfully make and cause to be made a false, fictitious, and fraudulent statement and representation, on a recurring bassi, in connection with the application for, and receipt of, compensation benefits, and other payments, under Subchapter I of Chapter 81 of Title 5 of the United States Code, the value of such compensation, benefits, and other payments being in excess of $1,000.

(In violation of Title 18, United States Code, Section 1920).

G. Zachary Terwilliger
United States Attorney

By: *Heather Mansfield*
Heather Hart Mansfield
Assistant United States Attorney